```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08921
   TIMOTHY M BYRNE
   KIMBERLEE A BYRNE                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-6313     SSN XXX-XX-7142


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/11/08 .

     2.  The case was dismissed without confirmation, 09/12/2008.

     3.  The Debtor paid a total of $   5500.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME             CLASS              CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
OCWEN LOAN SVCG           CURRENT MORTG           .00            .00            .00
OCWEN LOAN SVCG           MORTGAGE ARRE           .00            .00            .00
GMAC RESCAP LLC           SECURED                 .00            .00            .00
AMERICAN HONDA FINANCE C  SECURED VEHIC           .00            .00         1552.66
AMERICAN HONDA FINANCE C  SECURED VEHIC           .00            .00         1466.47
AMERICAN HONDA FINANCE C  SECURED VEHIC           .00            .00         2041.10
ILLINOIS DEPT REVENUE     PRIORITY          NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  SECURED                 .00            .00          120.76
AMERICAN GENERAL FINANCE  UNSECURED         NOT FILED            .00            .00
ASPIRE VISA               UNSECURED         NOT FILED            .00            .00
FIA CARD SERVICES         UNSECURED         NOT FILED            .00            .00
HSBC                      UNSECURED         NOT FILED            .00            .00
BARCLAYS BANK DELAWARE    UNSECURED         NOT FILED            .00            .00
CACV OF COLORADO LLC/MBN  UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED         NOT FILED            .00            .00
CHASE BANK USA            UNSECURED         NOT FILED            .00            .00
CITIBANK                  UNSECURED         NOT FILED            .00            .00
CITIFINANCIAL             UNSECURED         NOT FILED            .00            .00
------------------------------------------------------------------------------
CREDITOR NAME             CLASS              CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
FIRST FINANCIAL BANK      UNSECURED         NOT FILED            .00            .00
GEMB                      UNSECURED         NOT FILED            .00            .00
HSBC                      UNSECURED         NOT FILED            .00            .00
HSBC                      UNSECURED         NOT FILED            .00            .00
HSBC                      UNSECURED         NOT FILED            .00            .00
JC PENNEY CO              UNSECURED         NOT FILED            .00            .00
MCYDSNB                   UNSECURED         NOT FILED            .00            .00
```

```
MIDLAND CREDIT MGMT         UNSECURED       NOT FILED              .00              .00
MIDLAND CREDIT MGMT         UNSECURED       NOT FILED              .00              .00
SEARS BKRUPTCY RCVRY MGM    UNSECURED       NOT FILED              .00              .00
ASPIRE VISA                 UNSECURED       NOT FILED              .00              .00
US DEPT OF EDUCATION        UNSECURED       NOT FILED              .00              .00
VICTORIAS SECRET            UNSECURED       NOT FILED              .00              .00
WELLS FARGO FINANCIAL       UNSECURED       NOT FILED              .00              .00
CITIBANK                    UNSECURED       NOT FILED              .00              .00
GEMB                        UNSECURED       NOT FILED              .00              .00
INTERNAL REVENUE SERVICE    UNSECURED       NOT FILED              .00              .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL   |
|--------------------|----------|----------|-----------|-------|---------|
| TOTAL CLMS ALLOWED | .00      | .00      | .00       | .00   | .00     |
| PRINCIPAL PAID     | 5180.99  | .00      | .00       | .00   | 5180.99 |
| INTEREST PAID      | .00      | .00      | .00       | .00   | .00     |
| TOTAL PAID         | 5180.99  | .00      | .00       | .00   | 5180.99 |

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $   3500.00
and was paid $   1000.00  direct and $      .00  through the plan.

The Trustee received $    319.01 .

Refunds to the Debtor totaled $       .00 .

 Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 08 B 08921 TIMOTHY M BYRNE & KIMBERLEE A BYRNE